**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NANOBEAK BIOTECH INC.,

                Plaintiff,

-against-                      20 **CIVIL** 7080 (LLS)

                                                **JUDGMENT**

JAMES JEREMY BARBERA,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 13, 2021, Count I of the complaint for violation of the CFAA is dismissed. The remainder of the complaint is dismissed without prejudice for lack of jurisdiction.

**Dated:**  New York, New York

       April 14, 2021

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                   **BY:**         *K. Mango*

                                                      **Deputy Clerk**